# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134391

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC:  134391
                                 COA:  276673
                                 Wayne CC:  91-012934

DEMEKO CHILDS a/k/a
DENEKO CHILDS,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the June 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

s1119